

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
Honorable William Old, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Appellant filed a motion to abate this appeal and remand for the trial court to make findings of fact and conclusions of law. Specifically, Little asserts issues were raised in the trial court about whether Little's video statement contained on State's exhibits 43 and 44 were voluntary under section 6 of article 38.22 of the Texas Code of Criminal Procedure and whether those statements complied with section 7 of article 38.22. The State has filed a response advising that it does not object to the abatement for findings and conclusions.

We therefore **abate** this appeal and order the trial court to make written findings and conclusions on the issues of voluntariness that were raised in the trial court and are raised in appellant's brief. *See Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013) (trial court is required to make written findings of fact "in all cases concerning voluntariness"). The court must "make findings and conclusions that [are] adequate and complete, covering every potentially dispositive issue that might reasonably be said to have arisen." *State v. Elias*, 339 S.W.3d 667, 676 (Tex. Crim. App. 2011). This court may not imply findings in support of the trial court's suppression order. *See id.*; *State v. Saenz*, 411 S.W.3d 488 (Tex. Crim. App. 2013)(court of appeals must abate for additional findings when trial court's findings regarding the circumstances of interrogation are insufficiently specific or detailed from which to reach a legal conclusion on the question of custody).

We order the findings of fact be filed in a supplemental clerk's record by **April 6, 2015**. All other deadlines are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court